# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY, KANSAS DIVISION

| | |
|---|---|
| **RUSSELL M. NEEDLES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 05-2228-KHV** |
| vs. ) | |
| ) | |
| **SHAWNEE MISSION FORD, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the parties' stipulation, this action, including without limitation all causes of action or counterclaims that were or could have been set forth herein, is hereby dismissed on the merits, with prejudice, and with each party to bear their own costs.

SO ORDRED.

Dated: January 9, 2006

s/ Kathryn H. Vratil
**Kathryn H. Vratil**
United States District Court Judge
for the District of Kansas

378828v1